IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3062 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LEANDER A. HAGGAN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Haggan's trial was previously set to commence on August 29, 2011, but was removed from the trial docket when the defendant requested a change of plea hearing. Defendant Haggan has now asked the court to cancel his change of plea hearing and set this case for trial as soon as the court's schedule allows. The defendant's request will be granted, but the additional time to trial will be excluded inasmuch as the defendant's change of mind has disrupted the normal scheduling practices of the court. The defendant does not object to excluding the time. Accordingly,

IT IS ORDERED:

1) The defendant's change of plea hearing, previously set for September 12, 2011 at 2:30 p.m. is cancelled.

2) Trial is set to begin at 9:00 a.m. on December 12, 2011 for a duration of four (4) trial days before Judge Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be at the commencement of trial.

3) The time between today's date and December 12, 2011 is excluded in the interests of justice from computation under the Speedy Trial Act. 18 U.S.C. § 3161.

September 12, 2011

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge