IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3062 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LEANDER A. HAGGAN, | ) | |
| | ) | |
| Defendant. | ) | |

A change of plea hearing was commenced today. The defendant appeared with his appointed counsel, and was briefly questioned by the court. For the reasons stated within or evidenced by the record of that hearing,

IT IS ORDERED:

1) The defendant's oral motion for appointment of additional counsel, (filing no. 31), is granted.

2) The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for additional counsel to assist with the defendant's representation in this case. The draft appointment order shall bear the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3) Upon appointment, the additional counsel shall promptly enter an appearance and meet with the defendant and his current counsel to familiarize himself with this case and assist with defendant's representation.

4) Unless the court has been advised to again set a change of plea hearing, a status conference will be held on January 12, 2012 at 10:00 a.m. before the undersigned magistrate judge in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant, defendant's appointed counsel, counsel for the government shall be present at this conference.

5) Based upon the representations of defendant's counsel and the defendant during the hearing held today, and at the defendant's request and with his consent, the Court further finds that the ends of justice will be served by allowing the defendant additional time to consider his options before entering a guilty plea or, in the alternative, setting this case for trial, and the purposes served by allowing the defendant additional time outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and January 12, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 8th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge